[No. 37609-8-I.    Division One.    April 14, 1997.]

THE CITY OF SEATTLE, *Respondent*, v. EDMUND
DELAROSA RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-08152-3, Ricardo S. Martinez, J., entered
October 4, 1995. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Becker, J., and Allendoerfer, J.
Pro Tem.

[No. 37612-8-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SENH VA
TRANG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-03600-3, LeRoy McCullough, J., entered
October 20, 1995. *Affirmed* by unpublished per curiam
opinion.

[No. 37767-1-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC
ALAN HAMRE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-04831-7, Stephen Gaddis, J. Pro Tem.,
entered November 13, 1995. *Dismissed* by unpublished per
curiam opinion.

[No. 37926-7-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILBERT
G. DUMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07221-2, Patricia H. Aitken, J., entered
December 29, 1995. *Affirmed* by unpublished per curiam
opinion.